UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID EVANS,<br><br>             Plaintiff,<br><br>    v.<br><br>JOHN MARTIN, et al.,<br><br>             Defendants. | No. 1:21-cv-00093-DAD-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 14) |

Plaintiff David Evans is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 13, 2021, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff stated a cognizable claim against defendants Guerra, Jolly, and Lopez for excessive force in violation of the Eighth Amendment and against defendant Guerra for sexual assault in violation of the Eighth Amendment but that plaintiff failed to state any other cognizable claims or properly joined claims against any other defendants. (Doc. No. 11.) The magistrate judge ordered plaintiff to either file a first amended complaint or notify the court of his willingness to proceed only on the claims found to be cognizable by the court. (*Id.*) On May 14, 2021, plaintiff notified the court of his willingness to proceed on only the cognizable claims. (Doc. No. 12.)

/////

1

On May 19, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed only on plaintiff's complaint against defendants Guerra, Jolly, and Lopez for excessive force in violation of the Eighth Amendment and against defendant Guerra for sexual assault in violation of the Eighth Amendment. (Doc. No. 14.) The magistrate judge further recommended that all other claims and defendants be dismissed from this action. (*Id.*)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id*. at 23.) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 19, 2021 (Doc. No. 14) are adopted in full;

2. This action now proceeds only on plaintiff's Eighth Amendment excessive force claim against defendants Guerra, Jolly, and Lopez and on plaintiff's Eighth Amendment sexual assault claim against defendant Guerra;

3. All other claims in the complaint are dismissed; and

4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __**July 2, 2021**__                         _____
                                                    UNITED STATES DISTRICT JUDGE