# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EVANS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:21-cv-00093-DAD-BAM (PC)<br><br>ORDER THAT INMATE DAVID EVANS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff David Evans is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on March 3, 2022. Inmate David Evans, CDCR #AU-6627, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **March 3, 2022**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE