# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EVANS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 1:21-cv-00093-DAD-BAM (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

　　　On March 3, 2020, a settlement conference was held and the parties reached a settlement agreement.

　　　Accordingly, it is HEREBY ORDERED that:

　　　1.　　All pending deadlines are VACATED; and

　　　2.　　The parties shall file dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated: __March 3, 2022__　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1